```
 1   JEFFRY K. FINER
     35 W. MAIN, SUITE 300
 2   Spokane, WA 99201
     (509) 981-8960
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF WASHINGTON
 9   UNITED STATES OF AMERICA       )
                                    )  NO.  11-cr-2079-WFN
10             Plaintiff,           )
                                    )
11                                  )
        v.                          )  ORDER  (Ct Rec. 619)
12                                  )
     JOAQUIN MENDOZA,               )
13                                  )
               Defendant.           )
14
15
16
17       THIS MATTER having come on before this Court on the Motion of
18   Defendant Joaquin Larios-Mendoza to Modify Conditions of Release, filed
19   February 10, 2012.
         NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND
20   DECREED that the Motion to Modify Conditions of Release is granted. (Ct
21   Rec. 619) Defendant shall have no further obligation to pay $100 per month
22   contribution towards attorney's fees.
23
24
```

ORDER • Page 1

IT IS FURTHER ORDERED that the Eastern District of Washington's Clerk's Office provide a copy of this Order to the Central District of California to be filed under case number 11-MJ-01690.

DONE IN OPEN COURT THIS 24th day of February, 2012.

           s/James P. Hutton
           U.S. Magistrate Judge

Respectfully Submitted:

s/Jeffry K. Finer
Jeffry K. Finer, WSBA No. 14610
Attorney for Defendant Joaquin Larios-Mendoza

ORDER • Page 2

Jeffry K Finer, PS
WEST 35 MAIN STREET, SUITE 300
SPOKANE, WA 99203 • 509 464-7611
EMAIL: JEFFRY@FINER-BERING.COM