UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.     CR-11-2079-WFN-5 |
| Plaintiff, ) | |
| -vs- ) | ORDER ON MOTION TO MODIFY |
| JOAQUIN LARIOS-MENDOZA, ) | CONDITIONS Of RELEASE |
| Defendant. ) | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 944), which was expedited (ECF No. 947). Per section 6(f) of the Plea Agreement, Defendant now moves for an order modifying the conditions of his release by exonerating Defendant's bond property at <u>1914</u> Kemper Street, Los Angeles, California. Also per the Plea Agreement, the Government does not object to the Motion. This Order <u>does not affect</u> the bond for the property at <u>1910</u> Kemper Street, Los Angeles, California. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Modify Conditions of Release, filed January 14, 2013, **ECF No. 944**, is **GRANTED**. Defendant's bond property at **<u>1914</u>** Kemper Street, Los Angeles, California is **EXONERATED**. <u>**Defense counsel is responsible for providing a copy of this Order to the appropriate Court Clerk**</u>.

2. Defendant's Motion to Expedite, filed January 14, 2013, **ECF No. 947**, is **GRANTED**. The underlying Motion was heard on an expedited basis.

ORDER ON MOTION TO MODIFY
CONDITIONS Of RELEASE - 1

1  The District Court Executive is directed to file this Order and provide copies to
2  counsel.
3  **DATED** this 16th day of January, 2013.
4
5                                              s/ Wm. Fremming Nielsen
                                              WM. FREMMING NIELSEN
6  01-15-13                           SENIOR UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO MODIFY
CONDITIONS Of RELEASE - 2